UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>BUY MORE, INC., a California corporation; AVERAPC, a business of unknown classification; MOJDEH ALAM, an individual, a/k/a MOJI ALAM and d/b/a AVERAPC; LAPTOP OUTLET CENTER INC., a California corporation; SIDE MICRO, INC., a business of unknown classification; MARYAM SAJJAD, an individual, d/b/a SIDE MICRO, INC.; MISSION SOFTWARES, a business of unknown classification a/k/a MISSION SOFTS; MOHSEN RAVANBAKHSH, an individual a/k/a MOHSEN RAVAN and d/b/a MISSION SOFTWARES a/k/a MISSION SOFTS; CALISTECH, a California corporation; VEHID ABDULLAHI, an individual a/k/a VICTOR ALLENI; SHAHRAM SHIRAZI, an individual, a/k/a | Case No. 14-cv-9697 R (PLAx)<br><br>PERMANENT INJUNCTION AGAINST DEFENDANTS BUY MORE, INC.; MOJDEH ALAM A/K/A MOJI ALAM; LAPTOP OUTLET CENTER INC., MARYAM SAJJAD; VEHID ABDULLAHI A/K/A VICTOR ALLENI AND ABDULLAHI VEHID; AND SHAHRAM SHIRAZI A/K/A SHAWN SHIRAZ |

SHAWN SHIRAZ; and DOES 1 through 10,

              Defendants.

This action came for hearing before the Court on September 8, 2015, the Honorable Manuel L. Real, United States District Judge presiding, on the motion of Plaintiff Microsoft Corporation ("Microsoft") for summary judgment against defendants Buy More, Inc.; Mojdeh Alam a/k/a Moji Alam; Laptop Outlet Center, Inc.; Maryam Sajjad; Vehid Abdullahi a/k/a Victor Alleni a/k/a Abdullahi Vehid; and Shahram Shirazi a/k/a Shawn Shiraz (collectively "Defendants").

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that defendants Buy More, Inc.; Mojdeh Alam a/k/a Moji Alam; Laptop Outlet Center, Inc.; Maryam Sajjad; Vehid Abdullahi a/k/a Victor Alleni and Abdullahi Vehid; and Shahram Shirazi a/k/a Shawn Shiraz (collectively, "Defendants"), along with their directors, principals, officers, agents, servants, employees, representatives, successors and assigns, and all those persons or entities acting in concert or participation with them, shall be and hereby are PERMANENTLY ENJOINED and restrained from:

    (a)    imitating, copying, or making any other infringing use or infringing distribution of software programs, components, Certificates of Authenticity, end user license agreements ("EULA") or items protected by Microsoft's registered trademarks and service mark, including, but not limited to, the following Trademark Registration Nos.:

        (1)    1,200,236 ("MICROSOFT");

        (2)    1,872,264 ("WINDOWS");

        (3)    2,744,843 (COLORED FLAG DESIGN);

        (4)    3,361,017 (COLORED FLAG START BUTTON);

-2-

1                      (5)      3,625,391 ("MICROSOFT OFFICE");

2                      (6)      2,999,281 (COLOR FOUR SQUARE LOGO);

3                      (7)      4,029,299 (OFFICE 2010 DESIGN);

4                      (8)      2,188,125 ("OUTLOOK"); and

5                      (9)      2,942,050 ("EXCEL");

6           (b)      imitating, copying, or making any other infringing use or

7 infringing distribution of the software programs, components, EULAs, items or

8 things protected by the following Certificate of Copyright Registrations:

9                      (1)      TX 7-009-361 ("Windows 7");

10                     (2)      TX 6-504-552 ("Microsoft Office 2007");

11                     (3)      TX 6-524-399 ("Microsoft Office Excel 2007");

12                     (4)      TX 6-860-358 ("Microsoft Office Outlook 2007"); and

13                     (5)      TX 6-524-398 ("Microsoft Office Word 2007");

14           (c)      imitating, copying, or making any other infringing use or

15 infringing distribution of any other works now or hereafter protected by any of

16 Microsoft's trademarks or copyrights;

17           (d)      manufacturing, assembling, producing, distributing, offering for

18 distribution, circulating, selling, offering for sale, advertising, importing,

19 promoting, or displaying any software program, component, Certificate of

20 Authenticity, EULA, item or thing bearing any simulation, reproduction,

21 counterfeit, copy, or colorable imitation of any of Microsoft's registered trademarks

22 or service mark, including, but not limited to, the Trademark and Service Mark

23 Registration Nos. listed in Paragraph (a) above;

24           (e)      using any simulation, reproduction, counterfeit, copy, or

25 colorable imitation of Microsoft's registered trademarks or service mark including,

26 but not limited to, the Trademark and Service Mark Registration Nos. listed in

27 Paragraph (a) above, in connection with the manufacture, distribution, offering for

28 distribution, sale, offering for sale, advertisement, promotion, or display of any

software, component, Certificate of Authenticity, EULA, item or thing not authorized or licensed by Microsoft;

(f) using any false designation of origin or false description which can or is likely to lead the trade or public or individuals erroneously to believe that any software, component, Certificate of Authenticity, EULA, item, or thing has been manufactured, produced, distributed, offered for distribution, advertised, promoted, displayed, licensed, sponsored, approved, or authorized by or for Microsoft, when such is in fact not true;

(g) trafficking in counterfeit and/or illicit Certificates of Authenticity, as defined by 18 U.S.C. § 2318;

(h) engaging in any other activity constituting an illicit and/or illegal distribution of any Microsoft software, component, Certificate of Authenticity, EULA, item, or thing and/or constituting an infringement of any of Microsoft's trademarks, service mark and/or copyrights, or of Microsoft's rights in, or right to use or to exploit these trademarks, service mark, and/or copyrights or constituting any illegal dilution of Microsoft's name, reputation, or goodwill; and

(i) assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in paragraphs (a) through (h) above.

IT IS SO ORDERED.

DATED: September 28, 2015   _____
HONORABLE MANUEL L. REAL
United States District Judge

1  Approved as to form and content.

2  **PERKINS COIE LLP**

3

4  By:/s/ Katherine M. Dugdale
       Katherine M. Dugdale

5  Attorneys for Plaintiff Microsoft Corporation

6