Katherine M. Dugdale, Bar No. 168014
KDugdale@perkinscoie.com
Audra M. Mori, Bar No. 162850
AMori@perkinscoie.com
PERKINS COIE LLP
1888 Century Park E., Suite 1700
Los Angeles, CA  90067-1721
Telephone:  310.788.9900
Facsimile:  310.788.3399

Attorneys for Plaintiff
MICROSOFT CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>BUY MORE, INC., a California corporation; AVERAPC, a business of unknown classification; MOJDEH ALAM, an individual, a/k/a MOJI ALAM and d/b/a AVERAPC; LAPTOP OUTLET CENTER INC., a California corporation; SIDE MICRO, INC., a business of unknown classification; MARYAM SAJJAD, an individual, d/b/a SIDE MICRO, INC.; MISSION SOFTWARES, a business of unknown classification a/k/a MISSION SOFTS; MOHSEN RAVANBAKHSH, an individual a/k/a MOHSEN RAVAN and d/b/a MISSION SOFTWARES a/k/a MISSION SOFTS; CALISTECH, a California corporation; VEHID ABDULLAHI, an individual a/k/a VICTOR ALLENI; SHAHRAM SHIRAZI, an individual, a/k/a | Case No. 14-cv-9697 R (PLAx)<br><br>FED. R. CIV. P. 54(b) FINDINGS *NUNC PRO TUNC*<br><br>Before Honorable Manuel L. Real |

41826-5600.0127/128458499.1

SHAWN SHIRAZ; and DOES 1 through 10,

                Defendants.

Pursuant to the stipulation of Plaintiff Microsoft Corporation and Defendants Buy More, Inc., Laptop Outlet Center, Inc., Maryam Sajjad, Mojdeh Alam, Vehid Abdullahi and Shahram Shirazi (collectively "Defendants"), and good cause appearing therefore, the Court makes the following Federal Rule of Civil Procedure 54(b) finding *nunc pro tunc*:

Pursuant to Federal Rule of Civil Procedure 54(b) there is no just reason for delay and the Judgment entered against Defendants is an order from which an appeal lies, as of the date it was entered, September 25, 2015.

IT IS SO ORDERED.

DATED: November 6, 2015

By: _____
HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT JUDGE