1
2
3
4
5
6
7

8  UNITED STATES DISTRICT COURT

9  CENTRAL DISTRICT OF CALIFORNIA

10

| 11 | MICROSOFT CORPORATION, a Washington corporation, | Case No. 14-cv-9697 R (PLAx) |
|---|---|---|
| 12 | | |
| 13 | Plaintiff, | JUDGMENT AGAINST DEFENDANT MOHSEN RAVANBAKHSH A/K/A MOHSEN RAVAN A/K/A MOSHEN RAWANBAKS |
| 14 | v. | |
| 15 | BUY MORE, INC., a California corporation; AVERAPC, a business of unknown classification; MOJDEH ALAM, an individual, a/k/a MOJI ALAM and d/b/a AVERAPC; LAPTOP OUTLET CENTER INC., a California corporation; SIDE MICRO, INC., a business of unknown classification; MARYAM SAJJAD, an individual, d/b/a SIDE MICRO, INC.; MISSION SOFTWARES, a business of unknown classification a/k/a MISSION SOFTS; MOHSEN RAVANBAKHSH, an individual a/k/a MOHSEN RAVAN and d/b/a MISSION SOFTWARES a/k/a MISSION SOFTS; CALISTECH, a California corporation; VEHID ABDULLAHI, an individual a/k/a VICTOR ALLENI; SHAHRAM SHIRAZI, an individual, a/k/a | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

SHAWN SHIRAZ; and DOES 1 through 10,

          Defendants.

This action came before the Court, the Honorable Manuel L. Real, United States District Judge presiding, on the motion of Plaintiff Microsoft Corporation ("Microsoft") for default judgment and a permanent injunction against Defendant Mohsen Ravanbakhsh a/k/a Mohsen Ravan a/k/a Moshen Rawanbaks ("Ravanbakhsh"). The evidence presented having been fully considered and a decision having been duly rendered,

**IT IS ORDERED AND ADJUDGED that,**

    1.    By its unauthorized distribution of Microsoft's trademarks and service mark in commerce and in connection with Microsoft Windows XP and Windows 7 software, Defendant Ravanbakhsh has infringed the following registered trademarks and service mark owned by Microsoft:

        a.    1,200,236 ("MICROSOFT");

        b.    1,872,264 ("WINDOWS");

        c.    2,744,843 (COLORED FLAG DESIGN); and

        d.    3,361,017 (COLORED FLAG START BUTTON).

    2.    Ravanbakhsh has also infringed Microsoft's registered copyrights in the following works:

        a.    TX 7-009-361 ("Windows 7"); and

        b.    TX 5-407-055 ("Windows XP").

    3.    Ravanbakhsh's use of Microsoft's marks has resulted in the placement in commerce of infringing items that are strikingly similar to genuine Microsoft, or Microsoft-licensed, programs that are or were likely to cause confusion, mistake or deception in the market as to the source of those items.

4. By its trafficking in counterfeit and illicit Microsoft Certificate of Authenticity Labels, Ravanbakhsh has violated the Anti-Counterfeiting Amendments Act of 2004, 18 U.S.C. § 2318.

5. Ravanbakhsh's distribution of infringing Microsoft software also constitutes federal false designation of origin, false description and false representation (15 U.S.C. § 1125 et seq.), and unfair competition under California common law.

6. By misappropriating Microsoft's intellectual property, Ravanbakhsh is liable to Microsoft for conversion and unjust enrichment.

7. The likelihood of confusion that existed in this instance by virtue of Ravanbakhsh's distribution of counterfeit, infringing and illicit Microsoft software components in interstate commerce is an appropriate predicate upon which to base permanent injunctive relief against the unauthorized reproduction, replication and/or distribution by Ravanbakhsh of any unauthorized, illegal, and/or counterfeit Microsoft items. This Court contemporaneously issues a separate permanent injunction.

8. Microsoft is awarded $60,000 in statutory damages against Ravanbakhsh under the Copyright Act.

9. Microsoft is awarded $800,000 in statutory damages against Ravanbakhsh under the Lanham Act.

10. Microsoft is awarded $50,000 in statutory damages against Ravanbakhsh under the Anti-Counterfeiting Amendments Act of 2004.

11. Microsoft is awarded $21,800 in attorneys' fees and costs.

12. The total judgment against Ravanbakhsh is $931,800.

///

///

///

1        13.    This judgment shall accrue interest, compounded annually, pursuant to
2   28 U.S.C. § 1961.

5   DATED: December 14, 2015      _____
6                                        HONORABLE MANUEL L. REAL
                                       United States District Judge

1 | Approved as to form and content.

2 | **PERKINS COIE LLP**

4 | By:/s/ Katherine M. Dugdale
    Katherine M. Dugdale

5 | Attorneys for Plaintiff Microsoft Corporation