1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>BUY MORE, INC., a California corporation; AVERAPC, a business of unknown classification; MOJDEH ALAM, an individual, a/k/a MOJI ALAM and d/b/a AVERAPC; LAPTOP OUTLET CENTER INC., a California corporation; SIDE MICRO, INC., a business of unknown classification; MARYAM SAJJAD, an individual, d/b/a SIDE MICRO, INC.; MISSION SOFTWARES, a business of unknown classification a/k/a MISSION SOFTS; MOHSEN RAVANBAKHSH, an individual a/k/a MOHSEN RAVAN and d/b/a MISSION SOFTWARES a/k/a MISSION SOFTS; CALISTECH, a California corporation; VEHID ABDULLAHI, an individual a/k/a VICTOR ALLENI; SHAHRAM SHIRAZI, an individual, a/k/a | Case No. 14-cv-9697 R (PLAx)<br><br>PERMANENT INJUNCTION AGAINST DEFENDANT MOHSEN RAVANBAKHSH A/K/A MOHSEN RAVAN A/K/A MOSHEN RAWANBAKS |

| | |
|---|---|
| 1 | SHAWN SHIRAZ; and DOES 1 through 10, |
| 2 | |
| 3 | Defendants. |

**GOOD CAUSE HAVING BEEN SHOWN THEREFORE, IT IS HEREBY ORDERED** that Defendant Mohsen Ravanbakhsh a/k/a Mohsen Ravan a/k/a Moshen Rawanbaks ("Ravanbakhsh") and his agents, servants, employees, representatives, successors and assigns, and all those acting in concert or participation with Ravanbakhsh shall be, and hereby are, PERMANENTLY ENJOINED and restrained from:

(a) imitating, copying, or making any other infringing use or infringing distribution of software programs, components, Certificates of Authenticity, end user license agreements ("EULA") or items protected by Microsoft's registered trademarks and service mark, including, but not limited to, the following Trademark Registration Nos.:

    (1) 1,200,236 ("MICROSOFT");

    (2) 1,872,264 ("WINDOWS");

    (3) 2,744,843 (COLORED FLAG DESIGN); and

    (4) 3,361,017 (COLORED FLAG START BUTTON);

(b) imitating, copying, or making any other infringing use or infringing distribution of the software programs, components, EULAs, items or things protected by the following Certificates of Copyright Registration:

    (1) TX 7-009-361 ("Windows 7"); and

    (2) TX 5-407-055 ("Windows XP");

(c) imitating, copying, or making any other infringing use or infringing distribution of any other works now or hereafter protected by any of Microsoft's trademarks or copyrights;

   (d) manufacturing, assembling, producing, distributing, offering for distribution, circulating, selling, offering for sale, advertising, importing, promoting, or displaying any software program, component, Certificate of Authenticity, EULA, item or thing bearing any simulation, reproduction, counterfeit, copy, or colorable imitation of any of Microsoft's registered trademarks or service mark, including, but not limited to, the Trademark and Service Mark Registration Nos. listed in Paragraph (a) above;

   (e) using any simulation, reproduction, counterfeit, copy, or colorable imitation of Microsoft's registered trademarks or service mark including, but not limited to, the Trademark and Service Mark Registration Nos. listed in Paragraph (a) above, in connection with the manufacture, distribution, offering for distribution, sale, offering for sale, advertisement, promotion, or display of any software, component, Certificate of Authenticity, EULA, item or thing not authorized or licensed by Microsoft;

   (f) using any false designation of origin or false description which can or is likely to lead the trade or public or individuals erroneously to believe that any software, component, Certificate of Authenticity, EULA, item, or thing has been manufactured, produced, distributed, offered for distribution, advertised, promoted, displayed, licensed, sponsored, approved, or authorized by or for Microsoft, when such is in fact not true;

   (g) trafficking in counterfeit and/or illicit Certificates of Authenticity, as defined by 18 U.S.C. § 2318;

   (h) engaging in any other activity constituting an illicit and/or illegal distribution of any Microsoft software, component, Certificate of Authenticity, EULA, item, or thing and/or constituting an infringement of any of Microsoft's trademarks, service mark and/or copyrights, or of Microsoft's rights in, or right to use or to exploit these trademarks, service mark, and/or copyrights or constituting any illegal dilution of Microsoft's name, reputation, or goodwill; and

      (i)    assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in paragraphs (a) through (h) above.

IT IS SO ORDERED.

DATED: December 14, 2015

_____

HONORABLE MANUEL L. REAL
United States District Judge

1  Approved as to form and content.

2  **PERKINS COIE LLP**

4  By:/s/ Katherine M. Dugdale
       Katherine M. Dugdale

5  Attorneys for Plaintiff Microsoft Corporation