1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>               Plaintiff,<br><br>    v.<br><br>BUY MORE, INC., a California corporation; AVERAPC, a business of unknown classification; MOJDEH ALAM, an individual, a/k/a MOJI ALAM and d/b/a AVERAPC; LAPTOP OUTLET CENTER INC., a California corporation; SIDE MICRO, INC., a business of unknown classification; MARYAM SAJJAD, an individual, d/b/a SIDE MICRO, INC.; MISSION SOFTWARES, a business of unknown classification a/k/a MISSION SOFTS; MOHSEN RAVANBAKHSH, an individual a/k/a MOHSEN RAVAN and d/b/a MISSION SOFTWARES a/k/a MISSION SOFTS; CALISTECH, a California corporation; VEHID ABDULLAHI, an individual a/k/a VICTOR ALLENI; SHAHRAM SHIRAZI, an individual, a/k/a | Case No. 14-cv-9697 R (PLAx)<br><br>JUDGMENT AGAINST DEFENDANT CALISTECH |

SHAWN SHIRAZ; and DOES 1 through 10,

          Defendants.

This action came before the Court, the Honorable Manuel L. Real, United States District Judge presiding, on the motion of Plaintiff Microsoft Corporation ("Microsoft") for default judgment and a permanent injunction against Defendant Calistech, a California corporation ("Calistech"). The evidence presented having been fully considered and a decision having been duly rendered,

**IT IS ORDERED AND ADJUDGED that,**

1. By its unauthorized distribution of Microsoft's trademarks and service mark in commerce and in connection with Microsoft Windows 7 software, Defendant Calistech has infringed the following registered trademarks and service mark owned by Microsoft:

    a. 1,200,236 ("MICROSOFT");
    b. 1,872,264 ("WINDOWS");
    c. 2,744,843 (COLORED FLAG DESIGN); and
    d. 3,361,017 (COLORED FLAG START BUTTON).

2. Calistech has also infringed Microsoft's registered copyright in the following work: TX 7-009-361 ("Windows 7").

3. Calistech's use of Microsoft's marks has resulted in the placement in commerce of infringing items that are strikingly similar to genuine Microsoft, or Microsoft-licensed, programs that are or were likely to cause confusion, mistake or deception in the market as to the source of those items.

4. By its trafficking in counterfeit and illicit Microsoft Certificate of Authenticity Labels, Calistech has violated the Anti-Counterfeiting Amendments Act of 2004, 18 U.S.C. § 2318.

5. Calistech's distribution of infringing Microsoft software also constitutes federal false designation of origin, false description and false representation (15 U.S.C. § 1125 et seq.), and unfair competition under California common law.

6. By misrepresenting to Microsoft that it would abide by the terms of the Registered Refurbisher Program in order to obtain access to Microsoft Registered Refurbisher Certificates of Authenticity and Product Keys, when it had no intention of doing so, Calistech is liable to Microsoft for fraud in the inducement, conversion and unjust enrichment.

7. The likelihood of confusion that existed in this instance by virtue of Calistech's distribution of counterfeit, infringing and illicit Microsoft software components in interstate commerce is an appropriate predicate upon which to base permanent injunctive relief against the unauthorized reproduction, replication and/or distribution by Calistech of any unauthorized, illegal, and/or counterfeit Microsoft items. This Court contemporaneously issues a separate permanent injunction.

8. Microsoft is awarded $30,000 in statutory damages against Calistech under the Copyright Act.

9. Microsoft is awarded $800,000 in statutory damages against Calistech under the Lanham Act.

10. Microsoft is awarded $25,000 in statutory damages against Calistech under the Anti-Counterfeiting Amendments Act of 2004.

11. Microsoft is awarded $20,700 in attorneys' fees and costs.

12. The total judgment against Calistech is $875,700.

///

///

///

1       13.    This judgment shall accrue interest, compounded annually, pursuant to
2  28 U.S.C. § 1961.

4  DATED:  December 14, 2015        _____
                                                    HONORABLE MANUEL L. REAL
5                                                    United States District Judge

1  Approved as to form and content.

2  **PERKINS COIE LLP**

3

4  By:/s/ Katherine M. Dugdale
       Katherine M. Dugdale

5  Attorneys for Plaintiff Microsoft Corporation